CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JAN 31 2008

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
|     Petitioner, ) | Civil Action No. 7:08-cv-00058 |
| ) | |
| v. ) | FINAL ORDER |
| ) | |
| PASQUALE G. BARONE, <u>et al.</u>, ) | By: Samuel G. Wilson |
|     Respondent. ) | United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED and ADJUDGED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice, and the case is hereby **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER:** This 31st day of January, 2008.

United States District Judge